UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

ANCHORBANK, FSB, and PLUMB TRUST
COMPANY, on behalf of all AnchorBank Unitized
Fund participants,

        Plaintiffs,

vs.

CLARK HOFER,

        Defendant.

Case No. 09-CV-610

The Hon. Stephen L. Crocker

---

## STIPULATED DISMISSAL

---

Pursuant to Rule 41(a)(2)(A)(ii), it is hereby stipulated and agreed by the Plaintiffs, AnchorBank, FSB and Plumb Trust Company, on behalf of all AnchorBank Unitized Fund Participants, by their attorneys, Michael Best & Friedrich, LLP, and the Defendant, by his attorneys L. D. Morris Law S.C. and the Law Office of Lawrence Bensky, LLC, that the claims and counterclaims in this action be dismissed, with prejudice, and without costs to either party.

Dated this 5th day of December, 2012.

**MICHAEL BEST & FRIEDRICH LLP**

By: _____
Brandon T. Flugaur, SBN 1074305
btflugaur@michaelbest.com
Amy O. Bruchs, SBN 1021530
aobruchs@michaelbest.com
Melissa H. Burkland, SBN 1071443
mhburkland@michaelbest.com
1 S. Pinckney Street, Suite 700
P.O. Box 1806
Madison, WI 53701-1806
Ph: 608-257-3501
Fax: 608-283-2275

Daniel J. Vaccaro, SBN 1018037
djvaccaro@michaelbest.com
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108
Ph: 414-271-8560
Fax: 414-277-0656

*Attorneys for Plaintiffs*

- 2 -

**L.D. MORRIS LAW S.C.**

By: _____
Lauri D. Morris, WBN 1009587
lauri@LDMorrisLaw.com
10 E. Doty St. Ste. 800
Madison, WI 53703
608.441.5151

**LAW OFFICE OF LAWRENCE BENSKY, LLC**

By: _____
Lawrence Bensky, WBN 1017219
lbensky@benskylaw.com
10 E. Doty St. Ste. 800
Madison, WI 53703
608.204.5969

*Attorneys for Defendant*